UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

**HAROLD BURKE,**
412 F Street, NE
Washington DC 20002

    **Plaintiff,**

vs.

**UNITED STATES OF AMERICA,**
**UNITED STATES POSTAL SERVICE**

    **Defendant.**

FILED
JAN 30 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CASE NUMBER 1:06CV00162
JUDGE: Paul L. Friedman
DECK TYPE: Personal Injury/Malpractic
DATE STAMP: 01/30/2006

JURY ACTION

## COMPLAINT
## (NEGLIGENCE)

COMES NOW the Plaintiff, Harold Burke, ("Plaintiff") by and through undersigned counsel and hereby moves for judgment against defendants United States of America and United States Postal Service ("Defendants") on the grounds and the amount hereinafter set forth.

1. This Court has jurisdiction pursuant to 39 USCA §409(a).

2. Plaintiff was at all times relevant to this action, a citizen of the United States and a resident of the District of Columbia.

3. Upon information and belief the United States Postal Service is an agency of the United States of America.

4. That on or about February 3, 2003, at approximately 8:30 pm, the Plaintiff was a customer at the National Capitol Post Office on Massachusetts Avenue in the District of Columbia, and was, at all times relevant, lawfully on the Defendants' premises.

5. On the aforementioned date, the Plaintiff was exiting the Post Office through an inner door. The middle door was taped off so he proceeded to use the door on his left. When Plaintiff reached out and pushed the door, he discovered it was locked. At that

point a loose metal bar hanging from the top of the door struck him in the face, jerking his neck backwards and causing injury to Plaintiff.

6. The Defendants were negligent in failing to properly inspect the premises to ensure that the said premises were safe for the public.

7. The Defendants were negligent in failing to properly maintain the premises in a safe and reasonable manner to insure the safety of the Plaintiff and other licensees and invitees upon the premises.

8. The Defendants were negligent in having had actual and/or constructive notice of the dangerous condition then and there existing in sufficient time to have prevented the injury to the Plaintiff and having such knowledge the Defendant negligently failed to warn the Plaintiff of the dangerous condition which existed or to otherwise prevent the injuries which he sustained.

9. As a direct and proximate result of the negligence of the Defendants, Plaintiff sustained severe, painful, permanent, and disabling injuries, has incurred medical expenses and will incur further medical expenses in connection with these injuries in the foreseeable future.

**WHEREFORE,** the Plaintiff, Harold Burke, prays for relief and respectfully requests this Honorable Court grant judgment against the in the amount of Five Hundred Thousand Dollars ($150,000.00) in compensatory damages, plus interest and costs of this suit.

Respectfully submitted,

By: _____
Cherylen Long
1717 K Street, NW
Suite 1112
Washington, DC 20036
Tel: (202) 293-0225
Bar No.: 475998

## JURY DEMAND

Plaintiff hereby demands a trial by a jury of six (06) as to all issues raised in his Complaint.

_____
CHERYLEN M. LONG