UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAROLD BURKE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-0162 (PLF) |
| ) | |
| UNITED STATES OF AMERICA, et al., ) | |
| ) | |
| Defendants. ) | |

ORDER AND JUDGMENT

On June 27, 2006, this Court ordered plaintiff to show cause within 15 days why plaintiff's action against defendants United States of America and the United States Postal Service should not be dismissed without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. See FED. R. CIV. P. 4(m). Because that deadline has passed and plaintiff has made no showing that defendants have been served and has offered no reason why this case should not be dismissed, it is hereby

ORDERED that this case is DISMISSED without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure and the Clerk of the Court shall remove this case from the docket of the Court. This is a final appealable order. See FED. R. APP. P. 4(a).

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: August 15, 2006