UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| HAROLD BURKE | * |
| Plaintiff, | * |
| v. | * Case No.: 06cv0016219 |
| | * Judge Friedman |
| UNITED STATES OF AMERICA, et al. | * |
| Defendants. | * |

**PRAECIPE**

TO THE CLERK OF THE COURT:

Please enter the appearance of Keith W. Watters, as co-counsel for the Plaintiff, Harold Burke, pursuant to LCvR 83.2(a) and LCvR 83.6(a).

Respectfully submitted,
KEITH WATTERS & ASSOCIATES

/s/ Keith W. Watters
KEITH W. WATTERS [319210]
1717 K Street, N.W.
Suite 1112
Washington, D.C.  20036
(202) 887-0542

**CERTIFICATE OF NON-SERVICE**

I hereby certify this 6th day of September, 2006, that neither defendant has filed a responsive pleading in this matter and that I did not serve a copy of this Praecipe.

/s/ Keith W. Watters
KEITH W. WATTERS