UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| HAROLD BURKE | * |
| Plaintiff, | * |
| v. | * Case No.: 06cv0016219 |
| | * Judge Friedman |
| UNITED STATES OF AMERICA, et al. | * |
| Defendants. | * |

### AFFIDAVIT

I, Cherylen M. Long, having been duly authorized to make service of the Summons and Complaint in the above-captioned case, hereby deposes and says, that:

1. I am over the age of eighteen (18) years.

2. My business address is 1717 K Street, NW, Suite 1112, Washington, DC 20036.

3. I am not a party to this suit.

4. On March 27, 2006, I served the Defendants United States of America and United States Postal Service by delivering a copy of the Summons and Complaint via certified mail, return receipt requested, to the United States Attorney for the District of Columbia, 555 Fourth Street, N.W., Room 10808, Washington, DC 20001 pursuant to Fed.R.Civ.P. 4(i)(1)(A). See Exhibit 1.

5. On March 31, 2006, I served the Defendants United States

1

States of America and United States Postal Service by delivering a copy of the Summons and Complaint via certified mail, return receipt requested, to the United States Attorney General, 950 Pennsylvania Avenue, NW, Washington, DC 20530 pursuant to Fed.R.Civ.P. 4(i)(1)(B). See Exhibit 2.

_____
CHERYLEN M. LONG

**DISTRICT OF COLUMBIA, ss:**

I, GWENDOLYN M. PENN, a Notary Public, in aforesaid district, do hereby certify that CHERYLEN M. LONG whose name is signed to the foregoing Affidavit, appeared before me and made oath that the statements made are true and accurate. Given under my hand and official seal this September 1, 2006.

_____
Notary Public

My commission Expires

GWENDOLYN M. PENN
NOTARY PUBLIC, DISTRICT OF COLUMBIA
MY COMMISSION EXPIRES 9-14-2009

# EXHIBIT 1

| | |
|---|---|
| **SENDER:**<br>☐ Complete items 1 and/or 2 for additional services.<br>  Complete items 3, 4a, and 4b.<br>☐ Print your name and address on the reverse of this form so that we can return this card to you.<br>☐ Attach this form to the front of the mailpiece, or on the back if space does not permit.<br>☐ Write *"Return Receipt Requested"* on the mailpiece below the article number.<br>☐ The Return Receipt will show to whom the article was delivered and the date delivered. | I also wish to receive the following services (for an extra fee):<br>1. ☐ Addressee's Address<br>2. ☐ Restricted Delivery<br><br>MAR 27 2006 |
| 3. Article Addressed to:<br>U.S. Attorney<br>555 Fourth Street, NW<br>Rm 10808<br>Washington, DC 20530 | 4a. Article Number<br>7005 1160 0002 6587 2505<br>4b. Service Type<br>☐ Registered   ☒ Certified<br>☐ Express Mail   ☐ Insured<br>☐ Return Receipt for Merchandise   ☐ COD<br>7. Date of Delivery |
| 5. Received By: *(Print Name)* | 8. Addressee's Address *(Only if requested and fee is paid)* |
| 6. Signature *(Addressee or Agent)* | |

PS Form **3811**, December 1994    Burke    102595-99-B-0223    Domestic Return Receipt

*Is your RETURN ADDRESS completed on the reverse side?*
*Thank you for using Return Receipt Service.*

# EXHIBIT 2

| **SENDER:** | I also wish to receive the following services (for an extra fee): |
|---|---|
| ☐ Complete items 1 and/or 2 for additional services.<br>  Complete items 3, 4a, and 4b.<br>☐ Print your name and address on the reverse of this form so that we can return this card to you.<br>☐ Attach this form to the front of the mailpiece, or on the back if space does not permit.<br>☐ Write *"Return Receipt Requested"* on the mailpiece below the article number.<br>☐ The Return Receipt will show to whom the article was delivered and the date delivered. | 1. ☐ Addressee's Address<br>2. ☐ Restricted Delivery |

| 3. Article Addressed to: | 4a. Article Number |
|---|---|
| U.S. Attorney General<br>950 Pennsylvania Avenue, NW<br>Washington DC  20530<br>MAR 3 1 2 | 0304 0370 0000 0742 9100 |
| | 4b. Service Type |
| | ☐ Registered      ☒ Certified |
| | ☐ Express Mail    ☐ Insured |
| | ☒ Return Receipt for Merchandise  ☐ COD |
| | 7. Date of Delivery |
| 5. Received By: *(Print Name)* | 8. Addressee's Address *(Only if requested and fee is paid)* |
| 6. Signature *(Addressee or Agent)* | |

PS Form **3811**, December 1994   BURKE     102595-99-B-0223    Domestic Return Receipt

*Is your RETURN ADDRESS completed on the reverse side?*

*Thank you for using Return Receipt Service.*