UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

NOV - 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

HAROLD BURKE,           )
                        )
      Plaintiff,        )
                        )
v.                      )   Civil Action No. 06-0162 (PLF)
                        )
UNITED STATES OF AMERICA, et al., )
                        )
      Defendants.       )
_____)

ORDER

On August 15, 2006, the Court dismissed the instant case for failure after plaintiff failed to file proof of service and further failed to show cause why he had not served process. Subsequently, plaintiff filed a motion to vacate the dismissal stating that counsel had not filed proof of service and had not responded to the Court's show cause order because counsel had not placed the proper e-mail address in the electronic filing system. The Court denied that motion by minute order.

The Court now has before it plaintiff's motion to reconsider the denial of plaintiff's motion to vacate the dismissal, as well as the defendants' notice to the Court regarding service of process indicating that if the Court sets aside the dismissal in this matter, the defendants will not contest service. Plaintiff's motion to reconsider contains assurances to the Court that plaintiff will, in the future, assure that this matter is prosecuted zealously and that all appropriate steps are taken to ensure that plaintiff meets all deadlines imposed by the Court. Upon consideration of both parties' filings, the Court will permit this action to be reopened. Plaintiff's counsel is reminded, however, that it is the responsibility of counsel, not the Court, to ensure that counsel is in compliance with this Court's rules on electronic case management, as

set forth in Local Civil Rule 5.4. It is likewise plaintiff's counsel's responsibility to prosecute the action before this Court, and not await show cause orders when deadlines have passed. Accordingly, it is hereby

ORDERED that plaintiff's motion to reconsider the denial of plaintiff's motion to vacate order of dismissal [8] is GRANTED; it is

FURTHER ORDERED that the Court's August 15, 2006 Order dismissing the instant action without prejudice is VACATED, and this case is reopened; and it is

FURTHER ORDERED that defendants shall have 60 days from the date of this Order to file a response to the complaint.

SO ORDERED.

_/s/ Paul L. Friedman_
PAUL L. FRIEDMAN
United States District Judge

DATE: 11/3/06