# EXHIBIT 1

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

**RECEIVED**
JUN 1 2 2006
ST. LOUIS LAW OFFICE

HAROLD BURKE, )
    Plaintiff, )
v. ) Case No. 1:06CV0162
UNITED STATES OF AMERICA and )
UNITED STATES POSTAL SERVICE, )
    Defendant. )

### DECLARATION OF GREG FAISON

I, GREG FAISON, make the following declaration in lieu of affidavit pursuant to 28 U.S.C. § 1746. I am aware that this declaration is the legal equivalent of a statement under oath and that it will be filed in the United States District Court for the District of Columbia.

1. I am presently employed by the United States Postal Service in the Capital District as a Tort Claims Coordinator.

2. I am the custodian for the accident investigation files and am responsible for processing and maintaining Tort and Accident claims made against the United States Postal Service for the Capital District.

3. I have reviewed the tort claim files for the fiscal years 2003 through the present, and Harold Burke has not filed a tort claim in the Capital District during that time.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge and belief.

_____
GREG FAISON
TORT CLAIMS COORDINATOR
CAPITAL DISTRICT

June 6, 2006
_____
Date