UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| HAROLD BURKE | * |
| Plaintiff, | * |
| v. | * Case No.: 06cv00162 |
| | * Judge Friedman |
| UNITED STATES OF AMERICA, et al. | * |
| Defendants. | * |

### PLAINTIFF'S CONTESTED MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

Comes now the Plaintiff, Harold Burke, by and through undersigned counsel, and hereby moves this Court for an enlargement of time to file his response to Defendant United States of America's Motion to Dismiss. In support of this request the Plaintiff states as follows:

1. The Complaint in this matter was filed on January 30, 2006.

2. The Plaintiff alleges that he sustained personal injuries on February 3, 2003 when he exited the National Capitol Post Office and was struck in the face by a large metal bar which fell from the exit doorway.

3. The Plaintiff alleges that the Defendants were negligent in failing to properly maintain, repair and inspect the premises resulting in injuries to the Plaintiff.

4. The Defendant has filed a Motion to Dismiss asserting

1

that the Plaintiff failed to comply with the Federal Torts Claim Act ("FTCA")

5. The Plaintiff has evidence that he did comply with the FTCA however the Plaintiff requires additional time to properly respond to the Defendant's Motion to Dismiss.

6. This is the Plaintiff's first request for an enlargement of time.

7. On January 23, 2007 the Plaintiff attempted to obtain consent to the relief requested herein from Michelle N. Johnson, Esquire. However, at the time of this filing Ms. Johnson was unable to contact undersigned counsel to state her position with respect to this instant motion.

Wherefore, in view of the foregoing, the Plaintiff respectfully moves this Court to permit him until and including February 5, 2007 to file his response to Defendant's Motion to Dismiss.

> Respectfully submitted,
> KEITH WATTERS & ASSOCIATES
>
> /s/ Keith W. Watters
> KEITH W. WATTERS [319210]
> 1717 K Street, N.W.
> Suite 1112
> Washington, D.C. 20036
> (202) 887-1990

**CERTIFICATE OF SERVICE**

I hereby certify this 23rd day of January, 2007 a copy of the foregoing and proposed Order was delivered via the Court's electronic case filing notification system, to:

    Michelle N. Johnson, Esquire
    Assistant United States Attorney
    5554th Street, N.W.
    Room E4212
    Washington, D.C.  20530

                                    /s/ Keith W. Watters
                                    KEITH W. WATTERS

<pre>
            UNITED STATES DISTRICT COURT
               DISTRICT OF COLUMBIA

HAROLD BURKE                    *
                                *
     Plaintiff,                 *
                                *
v.                              *   Case No.:  06cv0016219
                                *   Judge Friedman
UNITED STATES OF AMERICA, et al. *
                                *
     Defendants.                *
</pre>

## ORDER

In consideration of the Plaintiff's Contested Motion for an Enlargement of Time to Respond to Defendant United States of America's Motion to Dismiss, the opposition thereto, if any, and it appearing to be in the interest of justice to do so, it is this \_\_\_\_ day of _____, 2007,

ORDERED, that the Plaintiff's Motion be and the same is hereby GRANTED.  It is further,

ORDERED, that the Plaintiff shall have until and including the \_\_\_\_ day of _____, 2007 to file his opposition to Defendant's Motion to Dismiss.

<pre>
                              _____
                              PAUL L. FRIEDMAN
                              United States District Judge
</pre>

Date: _____

Copies to:

Keith W. Watters, Esquire
1717 K Street, N.W.
Suite 1112
Washington, D.C. 20036

Michelle N. Johnson, Esquire
Assistant United States Attorney
5554th Street, N.W.
Room E4212
Washington, D.C. 20530