IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| HAROLD BURKE,<br><br>  Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA<br>UNITED POSTAL SERVICE<br><br>  Defendant. | Case No.: 06-0162 (PLF) |

### PRAECIPE

TO THE CLERK OF THE COURT:

Please note the following new address for Plaintiff's counsel Keith W. Watters.  All future correspondence and pleadings should be sent to the undersigned at the following new address:  1667 K Street, N.W., Suite 677, Washington, D.C.  20006; telephone number (202) 887-1990.

Respectfully submitted,
KEITH WATTERS & ASSOCIATES

/s/ KEITH W. WATTERS
Keith W. Watters [319210]
1667 K Street, N.W.
Suite 1112
Washington, D.C.  20006
(202) 887-1990
Attorney for the Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify this ____ day of April, 2007 that a copy of the foregoing Praecipe was delivered via the Court's electronic case filing notification system to:

Michelle N. Johnson, Esquire
Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W.
Room E4212
Washington, D.C.  20530

/s/ Keith W. Watters
Keith W. Watters