UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| HAROLD BURKE, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 06-0162 (PLF) |
| UNITED STATES OF AMERICA, and UNITED STATES POSTAL SERVICE, | ) | |
| Defendants. | ) | |

ORDER AND JUDGMENT

For the reasons stated in the Memorandum Opinion issued this same day, it is hereby

ORDERED that defendants' motion to dismiss for lack of subject matter jurisdiction [12] is GRANTED; it is

FURTHER ORDERED that JUDGMENT is entered for the defendants; it is

FURTHER ORDERED that this case is DISMISSED from the docket of this Court; and it is

FURTHER ORDERED that this Order and Judgment shall constitute a FINAL JUDGMENT in this case. This is a final appealable order.  See Fed. R. App. P. 4(a).

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE:  April 13, 2007